No. 557 June 18, 2025 401

*This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).*

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JUSTIN SCOTT PRUETT,
*Defendant-Appellant.*

Multnomah County Circuit Court
22CR35288; A182498

Rima I. Ghandour, Judge.

Submitted May 9, 2025.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Andrew D. Robinson, Deputy Public Defender, Oregon Public Defense Commission, filed the briefs for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jennifer S. Lloyd, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, Hellman, Judge, and O'Connor, Judge.

PER CURIAM

Affirmed. *State v. Schriner*, 336 Or App 873, 562 P3d 296 (2024), *rev allowed*, 373 Or 712 (2025).